UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
February 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                           )<br>                     Plaintiff,         )<br>v.                                                   )<br>                                                           )<br>Daniel O'Neil,                                 )<br>                                                           )<br>                    Defendant.       ) | Case No. 2:08-cr-85 FCD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Daniel O'Neil  Case 2:08-cr-85 FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of 50,000, co-signed by defendant's wife.

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    X    (Other) PTS conditions/supervision;

Issued at Sacramento, CA on 2/29/08     at 2:25 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge