```
MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150
```

Attorneys for Defendant
Daniel O'Neil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-0085 FCD |
| Plaintiff, | STIPULATION AND ORDER REGARDING STATUS REGARDING TRAVELING |
| v. | |
| DANIEL JAMES O'NEIL, | |
| Defendant. | |

Defendant DANIEL O'NEIL, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Phil Ferrari, with the agreement to Pretrial services Steve Sheehan, hereby stipulate and agree that Daniel O'Neil may travel to Southern California under the custody of his Custodian – Bernice O'Neil.  That said travel is to visit his parents and siblings. Said travel is authorized from 6:00 a.m. April 17, 2008 through 11:00 pm. April 22, 2008. It is further stipulated that for the period of travel, the Electronic Monitoring, currently ordered may be suspended to allow said travel.

Dated: April 11, 2008            The CHASTAINE LAW OFFICE

                                 By:  ____/s/ Michael Chastaine
                                       MICHAEL CHASTAINE
                                       Attorney for Daniel O'Neil

Dated: April 11, 2008            McGREGOR W. SCOTT
                                 United States Attorney

                                 By:  ___/s/ Phil Ferrari
                                       Phil Ferrari
                                       Assistant U.S. Attorney

1

1
2
3                                    ORDER
4     GOOD CAUSE APPEARING, in that it is the stipulation of the parties:
5     IT IS HEREBY ORDERED that Daniel O'Neil may travel to Southern California under
6 the custody of his Custodian – Bernice O'Neil.  Said travel is authorized from 6:00 a.m.
7 April 17, 2008 through 11:00 pm. April 22, 2008. It is further ordered that for the period of
8 travel, the Electronic Monitoring, currently ordered may be suspended to allow said travel.
9
10 Dated: April 14, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE