MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Daniel O'Neil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>DANIEL O'NEIL,<br><br>          Defendant. | Case No.: 2:08-cr-0085 FCD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

Defendant Daniel O'Neil, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Phil Ferrari, hereby stipulate and agree to continue the status conference in the above-captioned case from Monday, July 21, 2008 at 10:00 a.m. to Monday, August 18, 2008 at 10:00 a.m.  The continuance is requested to allow the defendant to complete his review of the evidence and conduct his own investigation.  Further it is stipulated that time is excludable under local rule T4.


Dated: July 16, 2008               The CHASTAINE LAW OFFICE

                                   By: ____/s/ Michael Chastaine
                                           MICHAEL CHASTAINE
                                           Attorney for Daniel O'Neil

Dated: July 16, 2008               McGREGOR W. SCOTT
                                   United States Attorney

                                   By: ____/s/ Phil Ferrari
                                           Phil Ferrari
                                           Assistant U.S. Attorney

1

1
2
3                                              ORDER
4       GOOD CAUSE APPEARING, in that it is the stipulation of the parties:
5       IT IS HEREBY ORDERED that the status conference scheduled for July 21, 2008 at
6  10:00 a.m. is continued to August 18, 2008 at 10:00 a.m. and that the period from July 21, 2008
7  to August 18 ,2008 is excludable from calculation under the Speedy Trial Act pursuant to 18
8  U.S.C. §3161(h)(8)(A).
9
10 Dated: July 17, 2008
11                                              _____
                                                FRANK C. DAMRELL, JR.
12                                              UNITED STATES DISTRICT JUDGE