MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Daniel O'Neil

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL O'NEIL, )<br>)<br>Defendant. )<br>)<br>) | Case No.: 2:08-cr-0085 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

Defendant Daniel O'Neil, by and through his attorney, Michael Chastaine and the United

States, by and through Assistant United States Attorney Phil Ferrari, hereby stipulate and agree

to continue the status conference in the above-captioned case from Monday, August 18, 2008 at

10:00 a.m. to Monday, October 20, 2008 at 10:00 a.m.  The continuance is requested to allow the

defendant to complete his review of the evidence and conduct his own investigation.  Further it is

stipulated that time is excludable under local rule T4.

Dated: August 11, 2008             The CHASTAINE LAW OFFICE

                                   By: _____/s/ Michael Chastaine
                                        MICHAEL CHASTAINE
                                        Attorney for Daniel O'Neil

Dated: August 11, 2008             McGREGOR W. SCOTT
                                   United States Attorney

                                   By: ____/s/ Phil Ferrari
                                        Phil Ferrari
                                        Assistant U.S. Attorney

1

ORDER

2        GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

3        IT IS HEREBY ORDERED that the status conference scheduled for August 18, 2008 at

4   10:00 a.m. is continued to October 20, 2008 at 10:00 a.m. and that the period from August 18,

5   2008 to October 20, 2008 is excludable from calculation under the Speedy Trial Act pursuant to

6   18 U.S.C. §3161(h)(8)(A).

7

8   Dated: August 12, 2008

9   _____

10                FRANK C. DAMRELL, JR.
                  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28