1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case. No. CR-S-08-0085 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | Date: February 23, 2009 |
| DANIEL O'NEIL, | ) | Time: 10:00 a.m. |
| | ) | Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Daniel O'Neil, by and through his counsel, Michael Chastaine, Esq., that the status conference currently set for December 15, 2008, be vacated and reset for a status conference on February 23, 2009, at 10:00 a.m.

The continuance is being requested because the parties need more time to perform analysis of the voluminous electronic evidence collected in this case.

1

1    Speedy trial time is to be excluded from the date of this order
2 through the date of the hearing set for February 23, 2009 pursuant
3 to 18 U.S.C.  3161(h)(8)(B)(iv) [reasonable time to prepare] (Local
4 Code T4).

DATED: December 10, 2008          /s/ Philip A. Ferrari for
                                  MICHAEL CHASTAINE, ESQ.
                                  Attorney for Defendant


DATED: December 10, 2008          McGREGOR W. SCOTT
                                  United States Attorney

                            By:   /s/ Philip A. Ferrari
                                  PHILIP A. FERRARI
                                  Assistant U.S. Attorney


**IT IS SO ORDERED.**


DATED: December 10, 2008          _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE