MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Daniel O'Neil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:08-cr-0085 FCD |
|---|---|
| Plaintiff, | ) ORDER CALENDARING MATTER TO REQUEST CHANGE OF COUNSEL |
| v. | ) |
| DANIEL JAMES O'NEIL, | ) |
| Defendant. | ) |

    Defendant DANIEL O'NEIL, by and through his attorney, Michael Chastaine requests that the court calendar the instant matter on February 2, 2009 at 10:00 a. m. for the purpose of requesting that the court appoint new counsel for Mr. O'Neil.

    Counsel for the government, Phil Ferrari has been advised of this request.

Dated: January 22, 2009                  The CHASTAINE LAW OFFICE

                                            By: _____/s/ Michael Chastaine
                                                 MICHAEL CHASTAINE
                                                 Attorney for Daniel O'Neil

ORDER

    GOOD CAUSE APPEARING, the matter is calendared for February 2, 2009 to address Mr. O'Neil's request for the appointment of new counsel.

Dated: January 23, 2009

                                                 _____
                                               FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE