| | |
|---|---|
| 1 | THOMAS A. JOHNSON, #119203 |
| 2 | 1007 7th Street, Suite 500<br>Sacramento, California 95814 |
| 3 | Telephone: (916) 422-4022<br>Attorney for Defendant Daniel O'Neil |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:08-cr-0085 FCD |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE HEARING |
| vs. | ) ) | Date: March 9, 2009 |
| DANIEL O'NEIL, | ) ) | Time: 9:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |
| Defendant | ) ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for March 9, 2009 at 10:00 a.m. be continued to April 20, 2009 at 10:00 a.m.in the same courtroom. Phillip Ferrari, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery.

It is further stipulated that the period from the date of this stipulation through and including April 20, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE: March 5, 2009
/s/ Thomas Johnson
THOMAS JOHNSON
Attorney for Defendant
DANIEL O'NEIL

| | | | |
|---|---|---|---|
| DATE: March 5, 2009 | | | McGREGOR W. SCOTT<br>United States Attorney |
| | | By: | /s/ Phillip Ferrari<br>PHILLIP FERRARI<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: March 5, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE