1  THOMAS A. JOHNSON, #119203
   400 Capitol Mall, Suite 1620
2  Sacramento, California 95814
   Telephone: (916) 422-4022
3  Attorney for Defendant Daniel O'Neil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No.: 2:08-CR-0085 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE HEARING |
| v. ) | |
| ) | Date:   April 20, 2009 |
| ) | Time:   10:00 a.m. |
| ) | Judge:  Hon. Frank C. Damrell, Jr. |
| DANIEL O'NEIL, ) | |
| ) | |
| Defendant | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for April 20, 2009 at 10:00 a.m. be continued to June 1, 2009 at 10:00 a.m.in the same courtroom. Phillip Ferrari, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery, and begin settlement negotiations.

It is further stipulated that the period from the date of this stipulation through and including June 1, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE: April 16, 2009                              /s/ Thomas Johnson
                                                  THOMAS JOHNSON
                                                  Attorney for Defendant
                                                  DANIEL O'NEIL

STIPULATION AND ORDER         - 1 -

DATE:  April 16, 2009                                        McGREGOR W. SCOTT
                                                             United States Attorney

                                             By:      /s/   Phillip Ferrari
                                                     PHILLIP FERRARI
                                                     Assistant U.S. Attorney

**IT IS SO ORDERED.**


Dated:  April 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE