THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant, Daniel O'Neil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DANIEL O'NEIL,<br><br>            Defendant | Case No.: 2:08-cr-0085 FCD<br><br>STIPULATION AND ORDER REGARDING TRAVELING STATUS |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that Defendant, Daniel O'Neil, may travel to Nevada County on a family camping trip under the custody of his Custodian, Bernice O'Neil.  That said travel is to camp with siblings and immediate family.  Said travel is authorized from 6:00 a.m., July 3, 2009 through 11:00 p.m., July 5, 2009.  It is further stipulated that the Electronic Monitoring currently ordered may be suspended to allow travel.  After consulting with Steve Sheehan from Pretrial Services, Phillip Ferrari, Assistant United States Attorney, Thomas A. Johnson, Defendant's attorney, and hereby stipulate and agree to the travel agreement.

**IT IS SO STIPULATED.**

DATE: July 2, 2009                                      /s/  Thomas Johnson_____
                                                                    THOMAS JOHNSON
                                                                    Attorney for Defendant
                                                                    DANIEL O'NEIL

DATE: July 2, 2009                                      McGREGOR W. SCOTT
                                                                    United States Attorney

                                                       By:      /s/  Phillip Ferrari
                                                                    PHILLIP FERRARI
                                                                    Assistant U.S. Attorney

STIPULATION AND ORDER          - 1 -

## **ORDER**

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that Daniel O'Neil may travel to Nevada County under the custody of his Custodian, Bernice O'Neil. Said travel is authorized from 6:00 a.m., July 3, 2009 through 11:00 p.m. July 5, 2009. It is further ordered that the Electronic Monitoring currently ordered may be suspended to allow said travel.

Dated: July 2, 2009

/s/ Frank C. Damrell, Jr.
HON. FRANK C. DAMRELL, JR.
U.S. District Court Judge