THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Daniel O'Neil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL O'NEIL,<br><br>        Defendant | Case No.: 2:08-cr-0085 FCD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:    August 10, 2009<br>Time:   10:00 a.m.<br>Judge:  Hon. Frank C. Damrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for August 10, 2009 at 10:00 a.m. be continued to August 24, 2009 at 10:00 a.m.in the same courtroom. Phillip Ferrari, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery, and continue settlement negotiations.

It is further stipulated that the period from the date of this stipulation through and including August 24, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE:  August 6, 2009                                                                /s/  Thomas Johnson_____
                                                                                                         THOMAS JOHNSON
                                                                                                         Attorney for Defendant
                                                                                                         DANIEL O'NEIL

1  DATE:  August 6, 2009                               McGREGOR W. SCOTT
                                                       United States Attorney

2                                          By:         /s/   Phillip Ferrari
3                                                      PHILLIP FERRARI
                                                       Assistant U.S. Attorney

4

5      **IT IS SO ORDERED.**

6

7  Dated:  August 6, 2009                  _____
8                                          FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE