LAWRENCE G. BROWN
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2744

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-00085 FCD |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| DANIEL JAMES O'NEIL, JR., | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Daniel James O'Neil, Jr., it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2253, defendant Daniel James O'Neil, Jr.'s interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

       a) One Compaq Presario V2000 Computer, Serial Number CNF5361MW2;

       b) One Toshiba MK8025GAS 80 GB hard drive, Serial Number 85GJ4027S;

       c) One HP Pavilion a000 Computer, Serial Number MXR4270491;

       d) One Samsung SP1604N 160 GB hard drive, Serial

        Number S013J10X381464;

   e)   One Compaq Presario Computer, Serial Number 3D95CLX4S197;

   f)   One Seagate 4 GB hard drive, Serial Number 3BF0EAF;

   g)   One IBM 15 GB hard drive, Serial Number GLW8H778;

   h)   One Seagate 320 GB stand alone external hard drive, Serial Number 9QF1CRXJ;

   i)   One Seagate 160 GB stand alone external hard drive, Serial Number 4JSOCP2S; and

   j)   One Buffalo HD-HC250U2-US stand alone external hard drive, Serial Number 15280570120090.

2.   The above-listed property constitutes property used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252(a)(4)(B).

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Department of Homeland Security, Customs and Border Protection's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in

1  the property that is the subject of the order of forfeiture as a
2  substitute for published notice as to those persons so notified.
3           b.   This notice shall state that any person, other
4  than the defendant, asserting a legal interest in the above-
5  listed property, must file a petition with the Court within sixty
6  (60) days from the first day of publication of the Notice of
7  Forfeiture posted on the official government forfeiture site, or
8  within thirty (30) days from receipt of direct written notice,
9  whichever is earlier.
10      5.   If a petition is timely filed, upon adjudication of all
11 third-party interests, if any, this Court will enter a Final
12 Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all
13 interests will be addressed.
14      SO ORDERED this 28th day of September, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE