THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Daniel O'Neil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-0085 FCD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| DANIEL O'NEIL, | Date:   March 1, 2010<br>Time:   10:00 a.m.<br>Judge:  Hon. Frank C. Damrell, Jr. |
| Defendant | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for March 1, 2010 at 10:00 a.m. is to be continued to March 22, 2010 at 10:00 a.m.in the same courtroom. Thomas A. Johnson, Defendant's attorney, and Phillip Ferrari, Assistant United States Attorney, agree and stipulate to the continuance.  The continuation is requested because defense counsel needs additional time to finalize preparations for the judgment and sentencing hearing.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

It is further stipulated that the period from the date of this stipulation through and including March 22, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

STIPULATION AND ORDER         - 1 -

| | |
|---|---|
| DATE:  February 19, 2010 | /s/  Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Defendant<br>DANIEL O'NEIL |
| DATE:  February 19, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:        /s/   Thomas A. Johnson for<br>PHILLIP FERRARI<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated:  February 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE