THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Daniel O'Neil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DANIEL O'NEIL,<br><br>          Defendant | Case No.: 2:08-cr-0085 FCD<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:   March 22, 2010<br>Time:   10:00 a.m.<br>Judge:  Hon. Frank C. Damrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for March 22, 2010 at 10:00 a.m. is to be continued to March 29, 2010 at 10:00 a.m. in the same courtroom. Thomas A. Johnson, Defendant's attorney, and Phillip Ferrari, Assistant United States Attorney, agree and stipulate to the continuance. The continuation is requested because defense counsel will be trial in Placer County on March 22, 2010.

The parties stipulate and agree that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). It is further stipulated that the period from the date of this stipulation through and including March 29, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

1 | DATE: March 18, 2010

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
DANIEL O'NEIL

2

3

4

5 | DATE: March 18, 2010

LAWRENCE G. BROWN
United States Attorney

6

By:   /s/   Thomas A. Johnson for
PHILLIP FERRARI
Assistant U.S. Attorney

7

8

9 | **IT IS SO ORDERED.**

10

11 | DATED: March 18, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE