```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CR-00085-FCD |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| DANIEL JAMES O'NEIL, JR., ) | |
| ) | |
| Defendant. ) | |

WHEREAS, on or about September 29, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Daniel James O'Neil, Jr. forfeiting to the United States the following property:

      a)    One Compaq Presario V2000 Computer, Serial Number CNF5361MW2;

      b)    One Toshiba MK8025GAS 80 GB hard drive, Serial Number 85GJ4027S;

      c)    One HP Pavilion a000 Computer, Serial Number MXR4270491;

      d)    One Samsung SP1604N 160 GB hard drive, Serial Number S013J10X381464;

      e)    One Compaq Presario Computer, Serial Number

```
                3D95CLX4S197;
        f)   One Seagate 4 GB hard drive, Serial Number
             3BF0EAF;
        g)   One IBM 15 GB hard drive, Serial Number
             GLW8H778;
        h)   One Seagate 320 GB stand alone external hard
             drive, Serial Number 9QF1CRXJ;
        i)   One Seagate 160 GB stand alone external hard
             drive, Serial Number 4JSOCP2S; and
        j)   One Buffalo HD-HC250U2-US stand alone external
             hard drive, Serial Number 15280570120090.
```

   AND WHEREAS, beginning on October 3, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

   AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

   Accordingly, it is hereby ORDERED and ADJUDGED:

   1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Daniel James O'Neil, Jr.

   2.  All right, title, and interest in the above-listed property shall vest solely in the United States of America.

1     3.  The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

    SO ORDERED this 8th day of June, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE