HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DANIEL JAMES O'NEIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:08-CR-0085 TLN |
|---|---|
| Plaintiff, | ) |
| | ) **RELEASE ORDER** |
| vs. | ) |
| DANIEL JAMES O'NEIL, | ) Judge: Hon. Troy L. Nunley |
| Defendant. | ) |

The Court orders Daniel James O'Neil released from custody by 9:00 a.m. on Friday, October 14, 2016, for transport by the probation officer to the Wellspace residential treatment facility in Sacramento.

IT IS SO ORDERED.

Dated:  October 13, 2016

_____
Troy L. Nunley
United States District Judge

-1-